## Case No. 11,813.
### RIDGEWAY v. GHEQUIER.
[1 Cranch, C. C. 4.] [1]

Circuit Court, District of Columbia. April Term, 1801.

WITNESS — WITHIN REACH OF PROCESS — DEPOSITION.

A deposition taken in chief under a commission may be read in evidence, unless the other party can prove that the witness is within reach of the process of the court.

[Cited in brief in Hope v. Eastern Transp. Line, Case No. 6,680.]

[This was an action by Coats Ridgeway against Bernard Ghequier.]

A deposition of a witness residing in Baltimore taken under a dedimus, by virtue of the laws of Virginia, was offered by the plaintiff. The deposition was taken in chief.

THE COURT decided that the deposition, being taken in chief, must be read, unless the defendant could prove that the witness was within reach of the process of this court. The defendant not being able to prove that, the deposition was read. See Collins v. Lowry, 2 Wash. [Va.] 75.

